RJG/cv                    Atty No. 141                    5525-24916

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM SNOW ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Federal Case No. 05 C 06879 |
| ) | |
| CHARLES NUTT and LANDSTAR ) | State Court No. 05 L 012661 |
| RANGER, INC., ) | |
| ) | Judge Mark Filip |
| Defendants ) | |

### DEFENDANTS' RULE 26(a) DISCLOSURES

NOW COME the defendants, CHARLES NUTT and LANDSTAR RANGER, INC., by and through their attorneys, DOWD & DOWD, LTD., and for their Rule 26(a) disclosures, state the following:

**Rule 26(a)(1):**

(A).

Charles Nutt
Defendant truck driver
107 Melmar Drive
Prattville, Alabama 36067

William Gregory Snow
Plaintiff
184 Wedgeport Drive
Romeoville, Illinois 60446

Sheryl Snow
184 Wedgeport Drive
Romeoville, Illinois 60446
(815) 886-2857

Linda Snow
3060 McNeil Road
Boaz, Kentucky 42027
(270) 554-1666

Jennifer Cox
Tennis Corporation of America
(773) 463-1234

Responding Illinois State Police Trooper, Officer I.D. No: 4778

Mark Lorenz, M.D. (Spinal Surgeon)
Hinsdale Orthopedic Associates
550 West Ogden Avenue
Hinsdale, Illinois 60521
(630) 323-6116

Provena (Initial Emergency Room Visit)
Saint Joseph Medical Center
333 North Madison Street
Joliet, Illinois 60435
(815) 741-7581

Prairie Emergency Services (Initial Emergency Room Visit)
P 0 Box 2669
Joliet, Illinois 60434
(886) 378-4633

Joliet Radiological Services Corp (Initial Emergency Room Visit)
36910 Treasury Center
Chicago, Illinois 60694
(702) 342-4089

DuPage Medical Group
Fatima Khan, MD (Primary Care)
2007 95th Street
Naperville, Illinois 60564
(630) 646-5800

Planet Chiropractic
Charles Majors, DC
432 North Weber Road
Romeoville, Illinois 60446
(815) 372-0170

Vision MRI of Woodridge
7530 South Woodward Street
Woodridge, Illinois 60517
(630) 910-6600

Athletic & Therapeutic Institute (Physical Therapy)
23915 Main Street, Suite A
Plainfield, Illinois 60544
(815) 609-0570

Advanced Pain Centers S.C. (Discography)
Eugene G. Lipov, MD
Hinsdale Hospital
120 N. Oak Street
Hinsdale, Illinois 60521
(847) 608-6620

West Suburban Neurological Associates
Stanley Fronczak, MD (Neurosurgeon)
20 East Ogden
Hinsdale, Illinois 60521
(630) 655-1229

Neurological Care Specialists
Armita Bijari, MD (Neurologist)
333 Chestnut Street
Hinsdale, Illinois 60521
(630) 986-8770

Suburban Cardiologists, SC
Allan Miller, MD (Cardiologist)
333 Chestnut Street
Hinsdale, Illinois 60521
(630) 325-9010

Hinsdale Hospital
120 N. Oak Street
Hinsdale, Illinois 60521

    (B).    Documents/Data:

Medical records of the plaintiff, William Gregory Snow (including invoices and diagnostic studies) will be subpoenaed through appropriate discovery channels. No such materials have been obtained by these defendants to date. Materials received during the pendency of this cause will be provided to plaintiff's counsel in accordance with applicable federal rules.

3

These defendants have in their possession a series of eight photographs of that 2004 Chrysler Sebring automobile involved in the subject accident. Copies of said photographs will be reproduced at plaintiff's counsel's request and upon plaintiff's payment of his pro rata share of the photographs' securement costs.

These defendants have in their possession a recorded statement taken from plaintiff William Gregory Snow on May 17, 2005. These defendants have provided plaintiff's counsel with a transcription of same.

  (C).  Computation of Damages:

Does not apply to these answering defendants.

  (D).  Insurance Agreements:

Copies of any applicable insurance agreements in effect at the time of and covering this loss will be available for inspection and copying at the law offices of Dowd & Dowd, Ltd., 617 West Fulton, Chicago, Illinois 60661.

**Rule 26(a)(2):**

At trial these defendants may call those medical experts heretofore identified in these defendants' identification in Rule 26(a)(1)(A) above in their presentation of evidence under Federal Rules 702, 703 and 705 .

Additionally, these defendants may retain or specially employ medical, reconstruction or other experts to provide expert testimony in this case. These defendants will timely disclose said individual/individuals' opinions, bases and underlying data in accordance with all applicable court rules and orders of this Court.

          DOWD & DOWD, LTD.

      By:  /s/ Robert J. Golden
          Attorneys for the defendants
          CHARLES NUTT and LANDSTAR
          RANGER, INC.

**CERTIFICATE OF SERVICE**

I, an attorney, state that the notice of filing Defendants' CHARLES NUTT and LANDSTAR RANGER, INC. RULE 26(a) DISCLOSURES was served electronically to all law firms of record via ECF on January 23, 2006.

                    By:    /s/ Robert J. Golden _____
                              Attorney for Defendants
                              CHARLES NUTT and
                              LANDSTAR RANGER, INC.

DOWD & DOWD, LTD.
617 W. Fulton Street
Chicago, IL  60661
Tx:  312/704-4400
Fx:  312/704-4500